# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 4, 2018

156221

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

KHALANI CARR,
   Plaintiff-Appellee,

v

ROGER A. REED, INC., d/b/a REED WAX,
AMOCO OIL COMPANY, a/k/a BP
PRODUCTS NORTH AMERICA, INC., and
THE INTERNATIONAL GROUP, INC.,
   Defendants-Appellees,

and

KELLER HEARTT COMPANY, INC., and SASOL
WAX NORTH AMERICA CORPORATION, a/k/a
SASOL WAX NORTH AMERICA, INC., a/k/a
SASOL CHEMICALS USA, LLC,
   Defendants-Appellants,

and

PROS SERVICE, INC.,
   Defendant.

SC: 156221
COA: 330115
Oakland CC: 2013-134098-NI

_____/

   On order of the Court, the application for leave to appeal the June 20, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2018



p0328

Clerk